Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
(707) 569-9508
Trustee in Bankruptcy



FILED
OCT 2 0 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA - San Francisco

In re:

**RIDLEY, VINCENT M.**

Debtor(s)

Case No. **19-30250**

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $4,459.12. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 5 | PDM Capital, LLC<br>c/o Paracorp Inc.<br>Attn: Matthew Marzucco<br>2140 S. Dupont Hwy<br>Camden, DE 19934 | $31,197.00 | $4,459.12 |

Total Unclaimed Dividends: $4,459.12

Dated: October 19, 2021

Janina M. Hoskins, Trustee

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
    SAN FRANCISCO DIVISION

# 30067215 - JB

October 20, 2021
    14:12:49

     UNCLAIM
  19-30250-HLB7
Debtor.: VINCENT M. RIDLEY
Judge..: HANNAH BLUMENSTIEL
Trustee: Janina Hoskins
Amount.:               $4,459.12 CH
Check#.: 10131



Total->   $4,459.12



FROM: JANINA HOSKINS, TRUSTEE
```

Janina M Hoskins
P.O. Box 158
Middletown, CA 95461

RECEIVED
OCT 20 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SAN FRANCISCO CA 940

Clerk of the Court- USBC
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

94102-943210